No. 96–1740. GESKE & SONS, INC. v. NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–1743. JOHNSON & HIGGINS, INC. v. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION. C. A. 2d Cir. Certiorari denied.

No. 96–1753. COUNTY OF NAPA v. SCHUTT. C. A. 9th Cir. Certiorari denied.

No. 96–1758. MCCLURE ET VIR v. CITY OF LONG BEACH ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1759. KIRK v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 96–1760. HILL ET UX. v. GATEWAY 2000, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 96–1762. WASHINGTON RESTAURANT MANAGEMENT, INC. v. VONS COS., INC. Sup. Ct. Cal. Certiorari denied.

No. 96–1763. SPIEGEL v. MESCALL ET AL. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 96–1764. SPIEGEL ET UX. v. HOLLYWOOD TOWERS CONDOMINIUM ASSN. ET AL. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 96–1770. MILLER ET AL. v. PROVENZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–1772. FLICK v. WEDDINGTON PRODUCTIONS, INC. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 96–1773. ASTORIA FEDERAL SAVINGS & LOAN ASSN. v. NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 96–1782. ADAMS ET AL. v. CUMBERLAND FARMS, INC., ET AL. Sup. Jud. Ct. Mass. Certiorari denied.